# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

154113

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JOHN McBRIDE,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

SC: 154113
AGC: 3271-00

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



a0226

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018



Clerk